In the Matter of the Petition of BENJAMIN GOLDBERG and IRVING GOLDBERG to Render and Settle Their Account as Executors, etc., of ABRAHAM GOLDBERG, Deceased. PAULINE GOLDBERG, Appellant; HENRY C. TURNER, as Special Guardian for PAUL IRWIN DENVER, an Infant, etc., and BENJAMIN GOLDBERG and IRVING GOLDBERG, as Executors, etc., of ABRAHAM GOLDBERG, Deceased, Respondents. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of MICHAEL F. PINTO, SR., Petitioner, for the Removal from Office of WILLIAM J. MCNAMARA, LOUIS J. ARCHER, GUY A. STEWART, JR., ARCHIE COMSTOCK and CHARLES WILLIAMS, as Fire Commissioners of the Fire Board of the Fire District of the Town of Eastchester, Respondents.— The application is denied. An election of fire commissioners may be obtained by proceeding as prescribed by law. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Petition of the QUEENS COUNTY BAR ASSOCIATION with Respect to MILTON N. ROSENTHAL, an Attorney, Respondent.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of TOWN OF OYSTER BAY for a Peremptory Order of Mandamus, Respondent, against THE VILLAGE OF MASSAPEQUA PARK, PETER F. COLLERAN, Mayor of Said Village, and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

SAM KAUFMAN and HARRY KAUFMAN, Copartners, Doing Business as KAUFMAN BROTHERS, Respondents, v. MORRIS S. TREMAINE, as Comptroller of the State of New York, and Others, Defendants; CHARLES M. LEAHY, Doing Business under the Name of STANHY CONSTRUCTION CO., and SEABOARD SURETY COMPANY, Appellants.— Motion for reargument denied, without costs. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

CHARLES PFEIL, Appellant, v. AUGUST C. HASSELBUSH and EDWARD C. TINKER, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See ante, p. 766.] The following question is certified: Do the facts set forth in the second paragraph of the amended answer constitute a defense to the cause of action set forth in the complaint? Present — Lazansky, P. J., Carswell, Johnston and Adel, JJ.; Close, J., not voting.